## IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
## DIVISION OF ST. CROIX:

| | | |
|---|---|---|
| **PABLO O'NEILL,** | ) | |
| | ) | |
| **Plaintiff** | ) | 04-CV-0088 |
| | ) | |
| vs. | ) | |
| | ) | **ACTION FOR DEBT &** |
| **AVA GAIL JAGROOP BOURDON, as the** | ) | **BREACH OF CONTRACT** |
| **Personal Representative of THE ESTATE OF** | ) | |
| **LEONARD CHASEN & KAREN CHASEN** | ) | |
| **in her capacity as Trustee of LEONARD** | ) | |
| **FAMILY TRUST,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

## **RECUSAL ORDER**

District Judge Raymond L. Finch hereby recuses himself from all further proceedings in this matter.

ENTER:

DATED: November 28, 2007

_____

ATTEST:  
WILFREDO F. MORALES  
Clerk of the Court

Raymond L. Finch  
District Judge

By:_____  
  Deputy Clerk

cc: Magistrate Judge George W. Cannon  
   Lee J. Rohn, Esquire  
   Edward Barry, Esquire