# DISTRICT COURT OF THE VIRGIN ISLANDS

## DIVISION OF ST. CROIX

| | |
|---|---|
| PABLO O'NEILL,<br><br>                  Plaintff,<br><br>v.<br><br>AVA GAIL JAGROOP BOURDON as the Personal Representative of THE ESTATE OF LEONARD CHASEN and KAREN CHASEN, individually and as beneficiary of LEONARD CHASEN FAMILY TRUST and ESTATE OF LEONARD CHASEN,<br><br>                  Defendants. | 2004-CV-0088 |

TO:    Lee J. Rohn, Esq.
          Edward L. Barry, Esq.

### ORDER DENYING PLAINTIFF'S MOTION TO RECONSIDER

THIS MATTER came before the Court upon Plaintiff's Motion to Reconsider Order Denying Plaintiff's Motion to Compel (Docket No. 28). The time for filing a response has expired.

Pursuant to Local Rule of Civil Procedure 7.4, parties may seek reconsideration of an order issued by a judge or magistrate judge of this Court based upon "1. intervening change in controlling law; 2. availability of new evidence, or; 3. the need to correct clear error or prevent manifest injustice." LRCi 7.4. Having reviewed Plaintiff's motion and

*O'Neill v. Bourdon*
2004-CV-0088
Order Denying Plaintiff's Motion to Reconsider
Page 2

upon due consideration thereof, nothing therein persuades the Court that its previous order requires modification or reversal.

Plaintiff has not presented any change in law, new evidence, or errors of law or fact. In addition, Plaintiff has failed to demonstrate that the Court "overlooked" any matter that may have altered the previous result. Motion at 3.

Accordingly, it is now hereby **ORDERED** that Plaintiff's Motion to Reconsider Order Denying Plaintiff's Motion to Compel (Docket No. 28) is **DENIED**.

ENTER:

Dated: March 20, 2008                                /s/
                                         GEORGE W. CANNON, JR.
                                         U.S. MAGISTRATE JUDGE